IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACQAUS L. MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03cv3130 |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | (appeal) |
| UNKNOWN SERRELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

In the court's Memorandum and Order assessing the appellate filing fees for the appeal by the plaintiff, JacQaus L. Martin, a prisoner, the court directed the Clerk of Court to request the necessary inmate trust account information from the appropriate financial officer for the plaintiff's institution. The court further stated that upon receipt of the trust account information, the court would calculate the initial partial appellate filing fee, notify the plaintiff and the plaintiff's institution accordingly, and process the appeal to the Eighth Circuit Court of Appeals. The Clerk of Court has requested the plaintiff's financial information from the plaintiff's institution, but none has been received. In those circumstances, the court is to calculate the initial appellate partial filing fee "at $35 or such other reasonable amount warranted by available information ...." Henderson v. Norris, 129 F.3d 481, 484-85 (8th Cir. 1997). The records of the court in this case and other appeals recently filed by the plaintiff indicate that an initial partial appellate filing fee of $2.00 is reasonable. The plaintiff's institution shall collect and remit that initial partial fee when funds are available for that purpose in the plaintiff's inmate trust account. The Clerk of Court shall send a copy of this Memorandum and Order to the parties, the plaintiff's institution and the Eighth Circuit Court of Appeals.

SO ORDERED.

DATED this 19th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge